JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| TREMAINE DANIELS, | No. ED CV 19-719-FMO (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FEDERAL BUREAU OF PRISONS, | |
| Defendant. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed without further leave to amend for failure to prosecute and to follow court orders.

DATED: October 29, 2019 _____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE